| | |
|---|---|
| FLIGHTCAR, INC.,<br><br>       Plaintiff,<br><br>   vs.<br><br>CITY OF MILLBRAE, and DOE 1 through DOE 50,<br><br>       Defendants. | Case No: C 13-5802 SBA<br><br>**ORDER DIRECTING PLAINTIFF TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS** |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

On December 23, 2013, Defendant filed a motion to dismiss for failure to state a claim.  Dkt. 4.  Under Civil Local Rule 7-3(a), an opposition to a motion must be filed within fourteen days of the date the motion was filed, and the reply is due seven days thereafter.  As such, Plaintiff's response to the motion should have been filed by no later than January 6, 2014.  To date, Plaintiff has not filed any response to Defendant's motion.

This Court's Standing Orders warn that the failure to file a response to a motion may be construed as consent to the relief sought in the unopposed motion.  As such, it is well within the discretion of the Court to grant Defendant's motion as unopposed.  See Fed. R. Civ. P. 41(b); <u>Ghazali v. Moran</u>, 46 F.3d 52, 53 (9th Cir. 1995).  Nevertheless, mindful of its obligation to first consider to less drastic alternatives, the Court will afford Plaintiff one further opportunity to respond to the pending motion.  Accordingly,

IT IS HEREBY ORDERED THAT Plaintiff shall have until <u>January 20, 2014</u> to file and serve its response (i.e., either an opposition or a statement of non-opposition) to Defendant's Rule 12(b)(6) motion to dismiss.  Plaintiff's response shall comply in all respects with the Federal Rules of Civil Procedure and the Court's Civil Local Rules including, without limitation, Civil Local Rules 7-3 through 7-5.  **PLAINTIFF IS**

1 **WARNED THAT THE FAILURE TO FILE A RESPONSE BY THIS DEADLINE**
2 **AND/OR TO COMPLY WITH THIS ORDER OR ANY OTHER APPLICABLE**
3 **PROCEDURAL RULES WILL RESULT IN THE GRANTING OF THE PENDING**
4 **MOTION AND THE DISMISSAL OF THIS ACTION.**  In the event Plaintiff timely
5 files a response, Defendant may file a reply seven days after the revised deadline for
6 Plaintiff's response.
7      IT IS SO ORDERED.
8 Dated: 1-13-14

                                       SAUNDRA BROWN ARMSTRONG
                                       United States District Judge