UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FLIGHTCAR, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF MILLBRAE, and DOE 1 through DOE 50, <br><br> Defendants. | Case No:  C 13-5802 SBA <br><br> **ORDER CONDITIONALLY DISMISSING ACTION** |

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice.  In the event that the settlement is not reached, any party may move to reopen the case and the trial will be scheduled, provided that such motion within 60 days of the date this order is filed.  All scheduled dates are VACATED.  The Clerk shall terminate any pending matters.

IT IS SO ORDERED.

Dated:  10/27/14

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge